# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Dominic Leos - 001<br>Hailey Ann Marie Hackney - 002,<br><br>　　　　　Defendants. | No. CR-23-01025-PHX-MTL<br><br>**ORDER** |

The Court has considered Plaintiff's Motion to Unseal Indictment (Doc. 15). Good cause appearing,

IT IS ORDERED granting the Motion to Unseal Indictment (Doc. 15).

IT IS FURTHER ORDERED unsealing the Indictment as to Defendants Dominic Leos and Hailey Ann Marie Hackney. The Clerk of Court is directed to unseal the Indictment.

The Court finds no excludable delay under 18 U.S.C. § 3161(h).

Dated this 18th day of August, 2023.

Honorable Eileen S. Willett
United States Magistrate Judge